UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  )<br>vs.  )<br>  )<br>  )<br>GARY AUSTIN LEWIS, KRISTA  )<br>CHEYENNE BOOKER, and RYAN  )<br>MITCHELL HAIMERL,  )<br>  )<br>  )<br>  Defendants.  ) | 2:22-CR-101 |

## ORDER

In accordance with the requirements of the Due Process Protections Act, the Court reminds the United States of its obligation to produce all exculpatory evidence to Defendants pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failing to do so in a timely manner may result in consequences including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge